APPLICANT       PATRICK R. WARTHSAW       APPLICATION NO. WR-83,461-01

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_(signature)_                                            7-8-15

_____                    _____
JUDGE                                                         DATE